UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SABRINA JANINA BOSTON                           CIVIL ACTION

VERSUS                                          NUMBER: 22-142

SOCIAL SECURITY ADMINISTRATION                  SECTION: "L"(5)

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, Plaintiff objections to the Report and Recommendation, and the Social Security Administration's response thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied, that Defendant's motion for summary judgment is granted, and that Plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this 6th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE